# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES EDWARD WATERS,** | : | **CIVIL NO. 1:18-CV-1895** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **DR. PETZ,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 28th day of May, 2019, upon consideration of the complaint

filed pursuant to 42 U.S.C. § 1983, and for the reasons set forth in the court's

memorandum of the same date, it is hereby ORDERED that:

1.    The action against Dr. Petz is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  See FED. R. CIV. P. 4(m).

2     The Clerk of Court is directed to CLOSE this case.


 /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania